IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PEDRO LOZANO, <br> CARLOS FUENTES, <br> HUMBERTO HERNANDEZ, <br> ROSA LECHUGA, <br> JOSE LUIS LECHUGA, <br> JOHN DOES 1-4, <br> JANE DOES 1-2, <br> JOHN DOE 5, A MINOR, BY HIS PARENTS, <br> JOHN DOES 6, A MINOR, BY HIS PARENTS, <br> JANE DOE 3, A MINOR, BY HER PARENTS, <br> JANE DOE 4, A MINOR, BY HER PARENTS, <br> BRENDA LEE MIELES, <br> CASA DOMINICA OF HAZLETON, INC., <br> HAZLETON HISPANIC BUSINESS ASSOCIATION, and <br> PENNSYLVANIA STATEWIDE LATINO COALITION, <br>       **Plaintiffs** <br><br> v. <br><br> CITY OF HAZLETON, <br>       **Defendant** | No. 3:06cv1586 <br><br> (Judge Munley) |

## ORDER

**AND NOW**, to wit, this 8th day of December 2006, having heard from counsel for both parties, and in order to foster an orderly and meaningful discovery process, we hereby **ORDER** that the parties enter into a confidentiality agreement covering information obtained during discovery[1] regarding the John and Jane Doe plaintiffs.

The court **OVERRULES** the defendant's objection, which was based upon 8 U.S.C. § 1373(a).

BY THE COURT:

JUDGE JAMES M. MUNLEY
United States District Court

---

[1] This confidentiality applies to both the plaintiffs and the defendant.