# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PEDRO LOZANO, | : | No. 3:06cv1586 |
| HUMBERTO HERNANDEZ, | : | |
| ROSA LECHUGA, | : | (Judge Munley) |
| JOSE LUIS LECHUGA, | : | |
| JOHN DOE 1, | : | |
| JOHN DOE 3, | : | |
| JOHN DOE 7, | : | |
| JANE DOE 5, | : | |
| CASA DOMINICA OF HAZLETON, | : | |
| INC., | : | |
| HAZLETON HISPANIC BUSINESS | : | |
| ASSOCIATION, and | : | |
| PENNSYLVANIA STATEWIDE | : | |
| LATINO COALITION, | : | |
| Plaintiffs | : | |
| | : | |
| v. | : | |
| | : | |
| CITY OF HAZLETON, | : | |
| Defendant | : | |

## **ORDER**

**AND NOW**, to wit, this 6th day of October 2015, the plaintiffs' petition for attorneys' fees and costs (Doc. 416) and plaintiffs' amended petition for attorneys' fees and costs (Doc. 443) are **GRANTED IN PART** as follows:

As set forth in the accompanying Appendix, plaintiffs are awarded attorneys' fees in the amount of $1,379,089.51 and $47,594.70 in costs as set forth below:

a) Cozen O'Connor - $22,512.12

b) ACLU of Pennsylvania - $8,522.48

c) ACLU Foundation Immigrants' Rights Project - $7,279.75

d) Puerto Rican Legal Defense and Education Fund: - $6,400.77

e) Community Justice Project - $2,879.58

These amounts will be due on January 15, 2016, and the parties are directed to attempt to devise a payment schedule in the meantime.

                                  **BY THE COURT:**

                                  <u>**s/ James M. Munley**</u>
                                  **JUDGE JAMES M. MUNLEY**
                                  **United States District Court**